## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| DANIEL RIZVI,<br><br>    Plaintiff,<br><br>v.<br><br>LVNV FUNDING, LLC,<br><br>    Defendant. | Civil Action No: 4:23-cv-137<br><br><br>**COMPLAINT**<br><br><br>**DEMAND FOR JURY TRIAL** |

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW,** Plaintiff Daniel Rizvi, (hereinafter referred to as "Plaintiff") and files this *Complaint* against LVNV Funding, LLC (hereinafter referred to as "Defendant" or "LVNV"), and for cause of action and complaint respectfully show the Court the following:

### PREMLIMINARY STATEMENT

1. This is an action for actual and statutory damages, costs, and attorney's fees pursuant to 15 USC §1692 *et seq.* the Fair Debt Collection Practices Act ("FDCPA").

### JURISDICTION & VENUE

2. Plaintiff brings this action for damages arising from the Defendant's violations of 15 U.S.C. § 1692 *et seq.*, commonly known as the Fair Credit Reporting Act ("FDCPA").

3. The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1367, as well as 15 U.S.C. § 1681p *et seq.*

4. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b)(2), being that the acts and transactions occurred here, and the Defendants transact business here.

## PARTIES AND SERVICE

5. Plaintiff is an individual who resides in Fulton County, Georgia and is represented by the undersigned counsel.

6. Plaintiff is allegedly obligated to pay a "Consumer Debt" account originally owed to Citibank, N.A. ("Citibank") for a personal credit card debt in the amount of $10,921.60.

7. Plaintiff is a "Consumer" meaning Plaintiff is a natural person who is obligated or allegedly obligated to pay any debt

8. The Consumer Debt is an obligation or alleged obligation of the Plaintiff to pay money arising out of a transaction in which the money, property, or services which are the subject of the transaction are primarily for personal, family, or household purposes.

**Defendant LVNV Funding, LLC**

9. Defendant LVNV is a company that conducts business in Texas and can be served with a copy of this *Complaint* along with the *Citation* on its registered agent CSC-Lawyers Incorporating Service Company at 211 E. 7th Street, Suite 620, Austin, TX 78701.

10. Defendant is a person who engages in interstate commerce by using the telephone and mails in a business which the principal purpose is the collection of debts.

11. Defendant is a debt collector as defined under 15 USC §1692(a)(6).

## FACTUAL ALLEGATIONS

12. On October 11, 2017, the Plaintiff allegedly opened the Consumer Debt with Citibank.

13. On December 20, 2022, Defendant filed a lawsuit against Plaintiff in the Justice Court Precinct 4 Place 1 of Collin County, Texas, case number 04-FC-22-02210. See. Exhibit "A".

14. On January 10th, January 12th, and January 13th of 2023 Defendant attempted to serve Plaintiff at the residence 13211 Secretariat Blvd, Frisco, TX 75035. See, "Exhibit B".

15.     The Plaintiff was not a resident of Collin County, Texas at the time of the filing of the Collin County, Texas lawsuit filed against Plaintiff by Defendant.

16.     Plaintiff has never been a resident of Collin County.

17.     The Plaintiff did not sign the contract being sued upon by Defendant in Collin County, Texas.

18.     This caused Plaintiff humiliation and embarrassment from his family learning about Plaintiff's financial affairs.

19.     The Plaintiff has been more than 18 years of age at all relevant times.

20.     The Defendant has filed the lawsuit and attempted to collect a debt in the improper venue and judicial district and for these reasons has violated the FDCPA.

### CAUSE OF ACTION
### VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT 15 U.S.C. §1692i *et seq.* BY DEFENDANT MOSS

21.     Plaintiff re-alleges and incorporates by reference paragraphs in this complaint as though fully set forth herein.

22.     Plaintiff is a consumer within the meaning of the FDCPA 15 U.S.C. § 1692a(3)

23.     The FDCPA, §1692i(a), states as follows:

> **Legal actions by debt collectors**
>
> **Any debt collector who brings any legal action on a debt against any consumer shall-**
>
>> **(2) in the case of an action not described in paragraph (1), bring such action only in the judicial district or similar legal entity –**
>>
>>> **(A) in which such consumer signed the contract sued upon; or**
>>>
>>> **(B) in which such consumer resides at the commencement of the action.**

24. Because suits brought in the justice court generally "shall be brought in the county and the precinct in which one or more defendants reside" TEX. CIV. PRAC. & REM. CODE§ 15.082, LVNV failed to bring the action "in the judicial district in which Plaintiff resides." *Cf Suesz v. Med-I Solutions, LLC*, 757 F. 3d 636, 641 (7th Cir. 2014) (finding that the proper "judicial district" under the FDCPA is the smallest geographic area relevant to venue in the court system in which the case is filed").

25. Once the debt collector sues in the wrong venue, the consumer must defend, and the damage is done." *Beeler-Lopez v. Dodeka, LLC,* 711 F.Sup.2d 679,681 (E.D.Tex.2010).

26. The [FDCPA] provides Plaintiff a full remedy against the attorney who filed suit for any damages due to the inconvenient venue and any costs and fees associated with a motion to transfer to the proper venue. *See* 15 U.S.C . §§ 1692i, k." *Id* at 682.

27. Defendant violated 15 U.S.C. §1692(i) by filing a suit to collect a debt against a consumer in a judicial district or similar legal entity that was neither where the contract sued upon was signed or where the consumer resided at the commencement of the action.

## DEMAND FOR TRIAL BY JURY

28. Plaintiff requests a trial by jury on all issues and counts so triable, pursuant to Rule 38 of the Federal Rules of Civil Procedure.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff, demands judgment from Defendant as follows:

1. Awarding Plaintiff and statutory damages up to $1,000;
2. Awarding Plaintiff actual damages to be determined by the Court;
3. Awarding Plaintiff costs of this action, including reasonable attorneys' fees and expenses;

4. Order LVNV to remove the account from credit reporting with all consumer credit reporting agencies; and

5. Awarding Plaintiff such other and further relief as this Court may deem just and proper.

DATED: February 22, 2023                    Respectfully Submitted,

                                            **JAFFER & ASSOCIATES PLLC**

                                            /s/ Robert Leach                    .
**Shawn Jaffer**
SBN.: 24107817
**Allen Robertson**
SBN.: 24076655
**Robert Leach**
SBN: 24103582
**Phillip Pool**
SBN: 24086466
5757 Alpha Rd, Suite 580
Dallas, TX 75240
T: (214) 494-1871
F: (888) 530-3910
E-mail: attorneys@jaffer.law
***Attorneys for Plaintiff***