IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DANIEL RIZVI,<br>    Plaintiff | §<br>§<br>§ | |
| vs. | § | Case No. 4:23-cv-00137-SDJ |
| | § | |
| LVNV FUNDING, LLC,<br>    Defendant | §<br>§<br>§ | |

## NOTICE OF SETTLEMENT

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Plaintiff hereby notifies the Court that this matter has been settled. Plaintiff requests that all deadlines be canceled and that the parties be allowed thirty days to submit appropriate dismissal documents.

Respectfully submitted,

JAFFER & ASSOCIATES PLLC

/s/Robert Leach
Shawn Jaffer
SBN.: 24107817
Allen Robertson
SBN.: 24076655
Robert Leach
SBN: 24103582
5757 Alpha Rd, Suite 580
Dallas, TX 75240
T: (214) 494-1871
F: (888) 530-3910
E-mail: attorneys@jaffer.law
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was electronically filed and served via CM/ECF upon the following, in accordance with the Federal Rules of Civil Procedure on April 3, 2023.

*/s/Robert Leach*
Robert Leach
