**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **DANIEL RIZVI,** | § § | |
| **Plaintiff,** | § § | |
| v. | § § | Civil Action No. 4:23-cv-137-SDJ-KPJ |
| **LVNV FUNDING, LLC,** | § § § | |
| **Defendant.** | § § | |

## ORDER

On April 3, 2023, Plaintiff Daniel Rizvi ("Plaintiff") filed a Notice of Settlement (Dkt. 5), wherein Plaintiff represents he and Defendant LVNV Funding, LLC ("Defendant") have reached a settlement and are presently preparing the appropriate dismissal documents. *See id.* at 1. Plaintiff further represents that the parties expect to file closing papers within thirty (30) days, and requests the Court cancel all deadlines. *See id.*

Upon Consideration, **IT IS ORDERED** that the parties shall submit to the Court all papers necessary for the resolution of the claims between them no later than **May 3, 2023**. If such papers are not received by the Court by the scheduled deadline, and if the parties have not requested an extension of the deadline, the Court may order the parties to appear at a hearing for the purpose of determining which party is responsible for the delay. Thereafter, the Court may enter such orders as are just and necessary to ensure prompt resolution of this case.

**IT IS FURTHER ORDERED** that all response, discovery, and scheduling deadlines in this matter are **CANCELED**.

**So ORDERED and SIGNED this 3rd day of April, 2023.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE